In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-528 CV


____________________



X-CHANGE CONSTRUCTION, L.L.C., Appellant



V.



ORANGE HOUSING DEVELOPMENT CORPORATION, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D060315-C






 MEMORANDUM OPINION 


 The appellant, X-Change Construction, L.L.C., and the appellee, Orange Housing
Development Corporation, filed a joint motion to dismiss this accelerated appeal. The
motion is voluntarily made by the parties prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1),(2). No other party filed notice of appeal. The motion
to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice


Opinion Delivered April 26, 2007 

Before McKeithen, C.J., Gaultney and Horton, JJ.